**Order entered November 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01063-CV

### IN THE MATTER OF C.G.

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-17-00800-X**

## ORDER

By postcard dated October 3, 2017, we directed court reporter Pamela Sumler to file the reporter's record within thirty days. To date, however, the record has not been filed. Accordingly, we **ORDER** Ms. Sumler to file the reporter's record no later than December 4, 2017. As the trial court has found appellant indigent, the record shall be prepared without payment of costs. *See* TEX. R. APP. P. 145.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court; Ms. Sumler; and the parties.

/s/    CRAIG STODDART
       JUSTICE